FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 20  PM 12: 21

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MIKE SILVO | CIVIL ACTION |
| VERSUS | NO. 05-6362 |
| WARDEN BURL CAIN | SECTION: "C" (3) |

## O R D E R

Petitioner has filed a motion for asking that he be afforded a hearing in connection with his federal *habeas corpus* petition.[1] That request is **DENIED**. After the state files its response in this matter, the Court will review the petition and the response. If the Court determines that a hearing is necessary to resolve petitioner's claims, the Court will schedule a hearing at that time.

New Orleans, Louisiana, this nineteen day of December, 2005.

DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk of Court has not yet assigned a document number to that motion.

\_\_ Fee\_\_\_\_\_
\_\_ Process\_\_\_\_\_
X Dktd\_\_\_\_\_
✓ CtRmDep\_\_\_\_\_
\_\_ Doc. No.\_\_\_\_\_