FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 10 PM 3: 37

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MIKE SILVO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-6362** |
| **WARDEN BURL CAIN** | **SECTION: "C" (3)** |

### ORDER

The automatic referral to the Magistrate Judge of the above-captioned action, filed pursuant to Title 28, United States Code, Section 2254, is hereby **REVOKED**.

New Orleans, Louisiana, this 9th day of April, 2006.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____