UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MIKE SILVO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-6362** |
| **N. BURL CAIN, WARDEN** | **SECTION: "C" 1** |

**J U D G M E N T**

The Court, having considered the petition, the record, the applicable law and for the written reasons assigned;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition of MIKE SILVO for writ of habeas corpus pursuant to Title 28, United States Code, Section 2254, is hereby **DENIED.**

New Orleans, Louisiana, this   11th   day of August 2006.

**HELEN G. BERRIGAN**
**UNITED STATES DISTRICT JUDGE**

```
__FEE_____
__PROCESS_____
__DKTD_____
__CTRMDEP_____
DOCUMENT NO._____
```