

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

October 6, 2008

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Mike Silvo
   v. Burl Cain, Warden
   No. 08-5340
   (Your No. 06-30949)

CV 05-6362-C

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

William K. Suter, Clerk

___ Fee ___
___ Process ___
X   Dktd ___
___ CtRmDep ___
___ Doc. No. ___

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 16, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 06-30949   Silvo v. Cain
    USDC No. 2:05-CV-6362

Enclosed is a copy of the Supreme Court order denying certiorari.

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

By: _____
    Charlene Vogelaar, Deputy Clerk
    504-310-7648

MDT-1